NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
INDIRA J. CAMERON-BANKS (CBN 248634)
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8341
    Facsimile: (213) 894-7819
    E-mail: Louisa.Kirakosian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AUNDRA LAMONT NICHOLS,<br><br>    Defendant. | No. CV 2:18-cv-08114-PA<br><br>[CR 02-01295-PA]<br><br><br>**FINAL ORDER OF CONTINUING GARNISHMENT**<br><br><br>[28 U.S.C. § 3205(c)(7)] |

Pursuant to the request of plaintiff United States for a final order of continuing garnishment as to garnishee Michael Kors Stores, and for good cause shown, IT IS ORDERED that:

Garnishee shall pay to the United States any and all money that it has been obligated to "withhold and retain" equal to 25% of Defendant Aundra Lamont Nichols' disposable earnings[1] from each of Defendant's paychecks, since the date it was served with the writ of continuing garnishment, together with all future allotments. See 28 U.S.C. § 3205(c)(2)(F).

Garnishee shall make payment(s) by sending cashier's or corporate check(s) or money order(s) made payable to the "Clerk, United States District Court" to following address:

> **Clerk's Office**
> **United States District Court**
> **255 East Temple Street, Room 1178**
> **Los Angeles, CA 90012-4708**
> **ATTN: Fiscal Section**

The Memo line on the check(s) or money order(s) must include the <u>criminal case name and number</u> and the name of defendant Aundra Lamont Nichols (i.e., <u>United States v. Aundra Lamont Nichols</u>, Case No.: **CR 02-01295-PA**).

DATED: December 08, 2018

_____
UNITED STATES DISTRICT JUDGE

---

[1] Disposable earnings are calculated by deducting applicable federal, state, and local taxes from the gross earnings. 15 U.S.C. § 1672(b).